EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Beverly.Sameshima@usdoj.gov

LODGED DEC 0 9 2005

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 2 1 2005
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARLOS ANTONIO HARRIS, (01) ) <br> aka Carlos Anthony Harris, ) <br> aka "Mugsy," ) <br> ) <br> Defendant. ) <br>_____) | CR. NO. 04-00409-01 HG <br><br> ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

The United States Attorney for the District of Hawaii hereby dismisses the First Superseding Indictment against Defendant Carlos Antonio Harris on the grounds that the Defendant

//

//

//

has been sentenced pursuant to an Information in Cr. No. 05-00124 HG.

        DATED: Honolulu, Hawaii, December 8, 2005.

                              EDWARD H. KUBO, JR.
                              UNITED STATES ATTORNEY
                              District of Hawaii

                              By _____
                                 BEVERLY WEE SAMESHIMA
                                 Assistant U.S. Attorney

APPROVED AND SO ORDERED:

_____
HELEN GILLMOR
United States District Judge

UNITED STATES V. CARLOS HARRIS
Cr. No. 04-00409-01 HG
"Order for Dismissal"